

**Re: 2:02cr71-2 USA v Elicer Alcides Licea**
Sheldon Weisfeld    to: Judith_Alvarez    03/25/2016 06:15 PM

I don't want any of these items so they can be destroyed Sheldon Weisfeld

Sent from my iPhone

On Mar 17, 2016, at 12:18 PM, Judith_Alvarez@txs.uscourts.gov wrote:

Mr. Weisfeld,

    Attached below is an Authorization form that will give the United States Clerk's Office permission to dispose of exhibits which were admitted in a Jury Trial before Judge Head on 6-18-2002 in the above-named case. I have also attached a copy of the exhibit list.
Bobby Flores was the defense attorney who offered the exhibits. Since he is now a judge, I must ask you to handle this for him.


    Please sign the form if you do not want the exhibits and return the form to us by email. If you do want the exhibits, please call our office letting us know that you will send an authorized representative to come to our office to sign a receipt for the exhibits.

The Clerks Office would like a response as soon as possible. Thank you.




Judith F. Alvarez
U. S. Deputy Clerk, United States Courts
Corpus Christi Division, Southern District of Texas
Tel: 361-888-3142
<Licea Auth Form.wpd>
<20160317120118jalvarez.pdf>

Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 28 2016

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED

JUN 18 2002

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CASE NO. CR-C-02-71-2

USA

vs

ELICER ALCIDES LICEA

JUDGE H.W. HEAD, JR.
Courtroom Deputy J.F. ALVAREZ
Court Reporter GENAY ROGAN
~~COURT TRIAL~~ / JURY TRIAL / ~~HEARING~~
Held at ____

EXHIBIT LIST OF: ~~GOV'T~~ / ~~PLTFF~~ / DEFT:  DATE June 18, 2002
PAGE ___ of ___ Pages                Attorney BOBBY FLORES

| EX. NO. | DESCRIPTION | Marked | Offered | Object | Admit | Date | Disposition after trial |
|---|---|---|---|---|---|---|---|
| 1 | Birth Certificate of Manuel Villa | ✓ | ✓ | | ✓ | 6-18-02 | |
| 5 | Transcript of STCC of Villa | | ✓ | | ✓ | 6-18-02 | |
| 4 | Photo - Car | | ✓ | | ✓ | 6-18-02 | |
| 2 | Personal history report of Mr. Villa | | ✓ | | ✓ | 6-18-02 | |